**Order entered March 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00441-CR

## CHRISTOPHER M. DUNLOP, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82462-2012**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**, and the time is extended until April 6, 2015.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE